UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALANA S. PHILLIPS                                                                                          PLAINTIFF

v.                                          No. 2:22-cv-2181

DR. CARLOS ROCHA; MICHAEL MYERS;
LEON PHILPOT; PAULA BROTHERTON;
JOHN MADDOX; PHILLIP HENSLEY; and
DAVID GILBERT                                                                                           DEFENDANTS

## OPINION AND ORDER

Before the Court is Plaintiff Alana S. Phillips's motion for permission to file electronically (Doc. 14). Ms. Phillips is proceeding *pro se* in this matter, and has "request[ed] a non-attorney e-filing account for the United States District Court for the Western District of Arkansas" so that she may file her own documents electronically and "be quickly informed when other parties file documents." *See* Doc. 14, p. 1.

Ms. Phillips will not be given an electronic filing account, but she may submit documents for filing by emailing them to the Clerk of Court at FSM_info@arwd.uscourts.gov. The Clerk of Court will then electronically file those submissions, and a Notice of Electronic Filing (NEF) will automatically be emailed to Ms. Phillips and to the attorneys of record in this case alerting them of the filing.

Ms. Phillips is cautioned that by registering for electronic service, she is waiving her right to receive service of documents by first class mail under Federal Rule of Civil Procedure 5(b)(2)(E). She will be sent an NEF via email, which will allow her one "free look" at the document(s) by clicking on the hyperlinked document number(s). The one "free look" will expire 15 days from the date the NEF was sent. After the "free look" has been used or expires, documents may only be accessed via Public Access to Court Electronic Records (PACER). PACER is an

1

automated system that allows an individual to view, print, and download documents for a nominal fee.

      IT IS THEREFORE ORDERED that Plaintiff Alana S. Phillips's motion for permission to file electronically (Doc. 14) is GRANTED IN PART AND DENIED IN PART.

      IT IS FURTHER ORDERED that the Clerk of Court shall add Ms. Phillips's email address to this case so that she may receive NEFs in the same way that attorneys of record do.

      IT IS SO ORDERED this 12th day of January, 2023.

                                                /s/ P. K. Holmes, III
                                                P.K. HOLMES, III
                                                U.S. DISTRICT JUDGE