UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ALANA S. PHILLIPS                                                              PLAINTIFF

v.                                      No. 2:22-cv-2181

DR. CARLOS ROCHA; MICHAEL MYERS;
LEON PHILPOT; PAULA BROTHERTON;
JOHN MADDOW; PHILLIP HENSLEY;
and DAVID GILBERT                                                        DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered on this day, Plaintiff's amended complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 25th day of August, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE